UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>             Plaintiff,<br><br>v.<br><br>DEFINITIVE TECHNOLOGY, LLC,<br><br>             Defendant. | Case No. 1:21-cv-11592 |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Stephen Giannaros and Definitive Technology, LLC have reached an agreement in principle that will confidentially resolve the claims alleged in this case. Plaintiff requests the Court issue a 30-day Settlement Order of Dismissal so the parties may consummate a settlement.

Dated: January 13, 2022

Respectfully Submitted,

/s/ Jason M. Leviton
Jason M. Leviton (BBO# 678331)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
jason@blockleviton.com

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
Kevin J. Abramowicz
Pa. No. 320659
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

                                                  Respectfully Submitted,

Dated: January 13, 2022                    */s/ Jason M. Leviton*
                                                  Jason M. Leviton