IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>    Plaintiff,<br><br>v.<br><br>DEFINITIVE TECHNOLOGY, LLC,<br><br>    Defendant. | Case No. 1:21-cv-11592 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Stephen Giannaros voluntarily dismisses all claims alleged in the above-captioned case with prejudice and with each party bearing his and its own costs. Defendant has not filed a responsive pleading, such that dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate.

Dated: July 11, 2022    By: */s/ Jason M. Leviton*
                 Jason M. Leviton
                 BLOCK & LEVITON LLP
                 260 Franklin Street, Suite 1860
                 Boston, MA 02110
                 Tel: (617) 398-5600
                 jason@blockleviton.com

                 Kevin W. Tucker (He/Him)
                 EAST END TRIAL GROUP LLC
                 6901 Lynn Way, Suite 215
                 Pittsburgh, PA 15208
                 Tel: (412) 877-5220
                 ktucker@eastendtrialgroup.com

                 *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on July 11, 2022, a true and correct copy of the foregoing document was served by ECF on the parties registered to the Court's CM/ECF system.

                                                    */s/ Jason M. Leviton*